JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EBERARDO TINAJERO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**LVNV FUNDING LLC,**<br><br>Defendant. | **Case No.:** CV14-7206 R (FFMx)<br><br>**ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>**HON. MANUEL L. REAL** |

Based upon Plaintiff's Voluntary Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed without prejudice. Each Party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: **January 20, 2015**      _____

HON. MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE

---

ORDER                                CV14-7206 R (FFMx)